■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVY BLY, Appellant. [836 NYS2d 481]— Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about July 30, 2003, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Gonzalez, Catterson and Kavanagh, JJ.